IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-CV-24097-SEITZ/SIMONTON

THE ASSOCIATION FOR DISABLED
AMERICANS, INC., and DANIEL RUIZ,

      Plaintiffs,

vs.

SUNNY ISLES LUXURY VENTURES, INC.,
18001 HOLDINGS, LLC, d/b/a Trump International
Beach Resort, SUNNY ISLES LUXURY VENTURES,
L.C., as Trustee for Sunny Isles Luxury Ventures, Inc.,
MAJESTIC HOME, LLC, and OTHERS PRESENTLY
UNKNOWN,

      Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION

PLAINTIFFS AND DEFENDANTS, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that, pursuant to the Confidential Settlement Agreement entered into by them on the 6th day of December, 2012, Plaintiffs and Defendants respectfully request the Court enter an Order Dismissing this cause with Prejudice; and retaining jurisdiction to:

(1) enforce the terms of said Settlement Agreement, and to
(2) resolve any dispute regarding the amount of Plaintiff's reasonable attorney's fees, costs and litigation expenses.[1]

---

[1] A copy of the proposed order is attached hereto as Appendix A and will be emailed to the Court's Chambers in Word or WordPerfect format per Local Rule.

The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case, including any dispute regarding the amount of Plaintiffs' reasonable attorney's fees, costs and litigation expenses. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

STIPULATED AND AGREED TO by Counsel for the Parties on the dates below written.

Respectfully Submitted,

**LEAD COUNSEL FOR THE PARTIES:**

| | |
|---|---|
| PUIG LAW FIRM, P.A. | COFFEY BURLINGTON |
| *Counsel for Plaintiffs* | *Counsel for Defendants Sunny Isles Luxury* |
| 4090 Laguna Street | *Ventures, Inc., 18001 Holdings, LLC* |
| Second Floor | *and Sunny Isles Luxury Ventures, L.C.* |
| Coral Gables, Florida 33146 | Office in the Grove, Penthouse |
| Tel: 305-442-6780 | 2699 South Bayshore Drive |
| Fax: 305-974-1939 | Miami, Florida 33133 |
| | Tel: 305-858-2900 |
| | Fax: 305-858-5261 |
| /s/Jose R. Puig | /s/Daniel F. Blonsky |
| Jose R. Puig – FBN 29350 | Daniel F. Blonsky – FBN 972169 |
| jp@puiglaw.com | dblonsky@coffeyburlington.com |
| 12/06/2012 | 12/06/2012 |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was served by electronic mail on the 6th day of December, 2012, on all counsel or parties of record on the Service List below.

*s/*Jose R. Puig

## SERVICE LIST

Jose R. Puig
Puig Law Firm, P.A.
Second Floor
4090 Laguna Street
Coral Gables, Florida 33146
Tel: 305-442-6780
Fax: 305-974-1939
E-Mail: jp@puiglaw.com
*Counsel for Plaintiffs*

Marcel E. Lescano
1761 W Hillsboro Blvd.
Suite 404
Deerfield Beach, Florida 33442-1563
Tel: 954-420-5433
Fax: 954-420-5131
E-Mail: mlescano@me.com
*Co-Counsel for Plaintiffs*

Daniel F. Blonsky
Susan E. Raffanello
COFFEY BURLINGTON
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
E-Mail: dblonsky@coffeyburlington.com
E-Mail: sraffanello@coffeyburlington.com
*Counsel for Sunny Isles Defendants*