UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-24097-CIV-SEITZ/SIMONTON

THE ASSOCIATION FOR DISABLED
AMERICANS, INC., and DANIEL RUIZ,

    Plaintiffs,

vs.

SUNNY ISLES LUXURY VENTURES, INC., *et al.*,

    Defendants.
_____/

## AMENDED FINAL DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the concurrently issued Order Granting Plaintiffs' Agreed Motion to Amend Final Order of Dismissal. Upon review, it is hereby

ORDERED THAT

(1) This action is DISMISSED WITH PREJUDICE.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) The Court will retain jurisdiction for the purpose of enforcing the settlement agreement and to resolve any dispute regarding the amount of Plaintiff's reasonable attorney's fees, costs, and litigation expenses until **January 31, 2017.**

(4) This CASE IS CLOSED.

DONE and ORDERED in Miami, Florida, this 23rd day of January, 2013.

                                                  PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    Honorable Andrea M. Simonton
        All counsel of record